UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY AND FACTORY MUTUAL INSURANCE CO.<br>*Plaintiffs,*<br><br>vs.<br><br>KEYSTONE FIRE PROTECTION CO.<br>*Defendant.* | CIVIL ACTION<br><br>No. 17-4456<br>Judge McHugh |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and among the plaintiffs Chubb Custom Insurance Company and Factory Mutual Insurance Company a/s/o HCP, Inc. and the defendant Keystone Fire Protection Co., that plaintiffs' claims be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

BY: ⎯⎯/s/J. Mark Pecci, II⎯⎯
    J. MARK PECCI, II, ESQUIRE
    ERICA C. JOHNSON, ESQUIRE
    1617 JFK Blvd.. Suite 1010
    Philadelphia, PA 19103
    mpecci@moodklaw.com
    ejohnson@moodklaw.com
    *Attorneys for Defendant, Keystone Fire Protection Co.*

**COZEN O'CONNOR**

BY: ⎯⎯/s/Steven K. Gerber⎯⎯
    STEVEN K. GERBER, ESQUIRE
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103
    Telephone: 215-665-2088
    Fax: 215-665-2013
    sgerber@cozen.com
    *Attorneys for Plaintiffs Chubb Custom Insurance Company and Factory Mutual Insurance Co.*

{PH203416.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2018, a true and correct copy of the foregoing was served on all parties via the Court's CM/ECF system.

/s/Steven K. Gerber
Steven K. Gerber

{PH203416.1}